DEVIN DERHAM-BURK,
CHAPTER 13 TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

CHAPTER 13 TRUSTEE FOR DEBTOR

**Entered on Docket**
**May 07, 2007**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed May 07, 2007

_____
Roger L. Efremsky
U.S. Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

In Re:

DIRK HARTOGS

Debtor(s)

CHAPTER 13 CASE NO. 05-5-1835 RLE

ORDER ON STIPULATION ON TRUSTEE'S NOTICE
OF DEFAULT RE CURING OF DEFAULTS
_____

The Court has reviewed the STIPULATION ON TRUSTEE'S NOTICE OF DEFAULT RE CURING OF DEFAULTS, which was filed with the Court on May 4, 2007.

The debtor(s) are hereby ordered to comply with the terms and conditions set forth therein.

THIS ORDER BINDS THE DEBTOR(S) AND THE TRUSTEE ONLY.

***END OF ORDER***

COURT SERVICE LIST

Case Name: DIRK HARTOGS                    Case No.: 05-5-1835 RLE


DIRK HARTOGS

P O BOX 40
MORGAN HILL CA
         95038

CHARLES GREENE ESQ
84 W SANTA CLARA ST #770
SAN JOSE CA
         95113