DEVIN DERHAM-BURK
CHAPTER 13 TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Entered on Docket
July 02, 2007
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed July 02, 2007

_____
             Roger L. Efremsky
             U.S. Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:    DIRK HARTOGS | CHAPTER 13 |
| | CASE NO:   05-51835RLE |
| Debtor(s) | |

### ORDER OF DISMISSAL

Upon consideration of the declaration dated June 27, 2007 of Devin Derham-Burk, the Chapter 13 Trustee, filed with this court attesting to the default of debtor(s) under the terms of the plan; and upon the continuing default of the debtor. The court being satisfied that the Chapter 13 Trustee served the debtor(s) and counsel for debtor(s) with a NOTICE OF DEFAULT IN CHAPTER 13 PLAN PAYMENTS AND DEMAND FOR CURE; and upon good cause shown,

IT IS THEREFORE ORDERED that the instant case be and the same is hereby dismissed, and that any restraining orders heretofore entered in this case are hereby vacated. The Trustee shall submit at a later date her Trustee's Final Report for approval by the Court.

Notwithstanding the dismissal of this case, the Trustee shall remit to the clerk of the court funds from any previously disbursed checks which remain uncashed.

IT IS FURTHER ORDERED that the Trustee shall pay from funds collected in this matter, to the extent funds are remaining, any fees payable to the Bankruptcy Clerk, including noticing fees arising from the case herein.

*** END OF ORDER ***

COURT SERVICE LIST

Case Name:    DIRK HARTOGS                                    Case No.: 05-5-1835 RLE

DIRK HARTOGS

P O BOX 40
MORGAN HILL CA
          95038

CHARLES GREENE ESQ
84 W SANTA CLARA ST #770
SAN JOSE CA
          95113